No. 92–7099. IN RE CAMILO MONTOYA. Petition for writ of habeas corpus denied.

No. 92–1005. IN RE STEINHILBER;
No. 92–1050. IN RE RISK MANAGERS INTERNATIONAL, INC., ET AL.;
No. 92–1052. IN RE SULLIVAN; and
No. 92–7231. IN RE HEWLETT. Petitions for writs of mandamus denied.

No. 92–6789. IN RE LIGHTFOOT. Petition for writ of mandamus and/or prohibition denied.

No. 92–6709. IN RE WATSON. Petition for writ of prohibition denied.

No. 92-519. WETHERELL, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL. *v.* DE GRANDY ET AL.;
No. 92–593. DE GRANDY ET AL. *v.* WETHERELL, SPEAKER OF THE FLORIDA HOUSE OF REPRESENTATIVES, ET AL.; and
No. 92–767. UNITED STATES *v.* FLORIDA ET AL. Appeals from D. C. N. D. Fla. Motion of American Jewish Congress et al. for leave to file a brief as *amici curiae* in No. 92–519 granted. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 815 F. Supp. 1550.

No. 92–1123. IZUMI SEIMITSU KOGYO KABUSHIKI KAISHA *v.* U. S. PHILIPS CORP. ET AL. C. A. Fed. Cir. Certiorari granted.